ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-3172
   Facsimile: (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>$133,060.00 IN U.S. CURRENCY,<br><br>      Defendant. | CV12-07302-JFW (Ex)<br><br>VERIFIED COMPLAINT FOR FORFEITURE<br><br>[21 U.S.C. § 881(a)(6)]<br><br>[D.E.A.] |

    The United States of America brings this claim against the defendant $133,060.00 in U.S. currency ("defendant currency") and alleges as follows:

///

## JURISDICTION AND VENUE

1.   This is a civil forfeiture action brought pursuant to 21 U.S.C. § 881(a)(6).

2.   This court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3.   Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

## PERSONS AND ENTITIES

4.   The plaintiff is the United States of America.

5.   The defendant is $133,060.00 in U.S. currency seized on October 26, 2011 during the execution of a state search warrant at the North Hollywood, California residence of Sebastian Pablos Seisdedos ("Seisdedos").[1]

6.   The interests of Seisdedos may be adversely affected by these proceedings.

7.   The defendant currency is in the custody of the United States Marshals Service, where it shall remain subject to this court's jurisdiction during the pendency of this action.

## EVIDENCE SUPPORTING FORFEITURE

8.   The Drug Enforcement Administration ("DEA"), in cooperation with California Multi-Jurisdictional Methamphetamine Team ("Cal-MMET") conducted a wiretap investigation of the narcotics activities of Hilmar Ramirez, a.k.a. Hilmar ("Ramirez"), who was believed to be a narcotics distributor in Los Angeles County and elsewhere.  Pursuant to Los Angeles County Wiretap No. 11-195, authorized by Los Angeles County

---

[1] Pursuant to Local Rule 5.2-1, residential addresses have been omitted from this Complaint.

2

1 | Superior Court Judge Larry Fidler, DEA special agents
2 | intercepted the telephone utilized primarily by Ramirez.

3 |     9.   The following conversations occurring on October 11,
4 | 2011 were intercepted over Ramirez's telephone and are connected
5 | to the surveillance discussed below:

6 |     a.   At approximately 1:28 p.m., Ramirez received an
7 | incoming call from Seisdedos.  During the
8 | conversation, Seisdedos asked Ramirez if Ramirez had
9 | arrived. Ramirez stated that he would be there in two
10 | minutes and asked where he (Seisdedos) was.  Seisdedos
11 | stated that he was in the Carl's Jr. parking lot.
12 | Ramirez stated that he would be there shortly.
13 | Seisdedos stated that was fine.

14 |     b.   At approximately 1:32 p.m., Ramirez placed an
15 | outgoing telephone call to Seisdedos.  During the
16 | conversation, Ramirez asked what type of car Seisdedos
17 | was driving.  Seisdedos stated that he was in a white
18 | one.  Ramirez asked if Seisdedos was under a tree.
19 | Seisdedos stated that he was.  Ramirez stated that he
20 | was at the signal light and would be there shortly.

21 |     10.   On October 11, 2011, investigators established
22 | surveillance at Ramirez's Cudahy, California residence ("Ramirez
23 | residence").  Investigators observed Ramirez and two Hispanic
24 | female adults exit the Ramirez residence.  Once outside, Ramirez
25 | opened a small baby stroller and placed a white plastic bag in
26 | the stroller.  Ramirez and the females exited the complex using
27 | the pedestrian gate and walked east on the north sidewalk.
28 | Ramirez and the females entered a gold Honda Accord (the

3

"Honda"), bearing California license plate #3NBDOOO, which was parked on the street.  Prior to entering the Honda, Ramirez placed the bag and stroller in the trunk.  Investigators followed the Honda south on the 710 freeway, then east on Imperial Highway.

11.  Investigators followed the Honda to a Carl's Jr. restaurant on the southeast corner of Imperial Highway and Garfield Avenue in South Gate.  Ramirez was observed parking the Honda.  Simultaneously, Seisdedos was observed exiting a white Toyota Camry, bearing California license plate #6MFE04 (the "Toyota").  Investigators observed Seisdedos walking towards Ramirez carrying a red gym type bag.  Before Seisdedos reached the Honda, Ramirez exited the Honda and removed the white plastic bag from the trunk.  Investigators observed Seisdedos and Ramirez meet, exchange bags and walk away from each other. Both bags appeared to be weighted down.  Investigators observed Seisdedos walk back to his car with the white plastic bag that Ramirez had handed to him.  The white bag appeared to contain a large shoe box.  Seisdedos placed the bag in the trunk of the Toyota, entered the Toyota, and drove the Toyota out of the parking lot.  Ramirez placed the red gym bag which Ramirez had received from Seisdedos in the trunk of the Honda.  Ramirez entered the Honda and drove out of the parking lot. Investigators followed Seisdedos as Seisdedos traveled north on the 710 freeway.

12.  Investigators followed Seisdedos' Toyota to his residence in North Hollywood, California.  Seisdedos was observed parking the Toyota in the driveway, removing the white

4

1  plastic bag from it, and then walking to the rear of the
2  property.

3      13.  A few days later, through intercepted telephone
4  conversations and investigative techniques, agents learned that
5  Ramirez was expecting a load of narcotics from an unknown male
6  (later identified as Saul Rodriguez Angulo ("Angulo")).

7      14.  Based on the above intercepted calls, on October 14,
8  2011, Cal-MMET investigators set up surveillance at Ramirez's
9  Cudahy, California residence and observed the following events.
10  At approximately 5:05 p.m., the garage door of the residence
11  opened, and Ramirez exited and walked to the complex's front
12  parking lot.  After approximately five minutes, a red Toyota
13  pick-up truck, bearing California license plate 5G02449, arrived
14  at the residence.  Ramirez opened the front gate, allowing the
15  driver of the Toyota pick-up truck, Angulo, to pull into the
16  driveway and directly into the garage.  Ramirez followed Angulo
17  into the garage and closed the door behind him.

18                Execution of Search Warrant at Hilmar Ramirez's Residence

19      15.  At approximately 5:15 p.m. on October 14, 2011,
20  investigators executed a search warrant at Ramirez's residence.
21  Investigators detained Angulo in the garage as Angulo was
22  manipulating the door to a hidden compartment in the Toyota
23  pick-up truck.  Ramirez was detained in the residence's upstairs
24  hallway near a bedroom.  Investigators seized approximately four
25  kilograms of cocaine from a hidden compartment located in a
26  cross bed tool box in the Toyota pick-up truck.  Investigators
27  also seized multiple cellular telephones and a "Tom-Tom"
28  navigation unit from the cab of the Toyota pick-up truck.

1    16.   During the search of the residence, investigators
2  found that the carpet and padding in a bedroom closet had been
3  pulled back, which exposed a hidden compartment built into the
4  floor.   Investigators observed the door to the hidden
5  compartment open, which exposed multiple kilograms of cocaine
6  situated inside the hidden compartment.   Investigators removed
7  approximately 20 kilograms of cocaine and $149,955.00 in U.S.
8  currency from the hidden compartment.   Investigators also found
9  approximately one kilogram of heroin and $209,347.00 in U.S.
10  currency from the hidden compartment situated in the master
11  bedroom closet.

12    17.   During the search, investigators also discovered two
13  addresses associated with Angulo.   Angulo told investigators
14  that there were 50-75 kilograms of cocaine at a Perris,
15  California residence ("Mount Diablo residence") and
16  approximately $300,000.00 in U.S. currency at a second Perris,
17  California residence ("Summerwind residence").   Investigators
18  obtained search warrants for the Perris, California residences.

19    18.   Cal-MMET investigators, with assistance from the
20  Fontana Police Department ("FPD") Narcotics Unit, conducted
21  surveillance on the Summerwind residence.   FPD investigators
22  observed a black Honda Civic, bearing Mexico license plate #BFN-
23  89-99.   An unknown Hispanic male adult, later identified as
24  Alfredo Gracia, exited the vehicle and walked to the front door
25  of the residence.   Gracia knocked on the front door, and another
26  unknown Hispanic male adult, later identified as Placido
27  Rodriguez, opened the door.   Because FPD investigators felt any
28  additional evidence at the Summerwind residence might be removed

or destroyed due to Gracia arriving in a vehicle with Mexico license plates, FPD investigators detained Gracia, Rodriguez and an additional male, later identified as Sixto Rios, and waited for Cal-MMET investigators to arrive.

### Execution of Search Warrant at Summerwind Residence

19.   During the search of the Summerwind residence, Cal-MMET investigators found approximately $218,047.00 in U.S. currency in a closet situated under the stairway leading to the second floor.  The funds were inside a large cardboard box. Investigators also found approximately $75,800.00 in U.S. currency in a shoebox situated in the upstairs master bedroom closet.

### Execution of Search Warrant at Mount Diablo Residence

20.   Cal-MMET investigators executed a search warrant at the Mount Diablo residence.  Investigators found approximately 96 kilograms of cocaine in the attic of the residence.

### Execution of Search Warrant at Seisdedos' Residence

21.   On October 26, 2011, investigators executed a state search warrant at Seisdedos' residence.  Seisdedos and his girlfriend Carmen Herrera ("Herrera") were detained. Investigators told Seisdedos why they were at his residence. Seisdedos denied any involvement in narcotics trafficking, and stated "I don't know what you're talking about."  Investigators asked Seisdedos if he lived at the residence and what he did for a living.  Seisdedos stated that he owned the home and lived there with his girlfriend of 2 years, Herrera.  Seisdedos stated that he was employed as an exotic dancer.  When asked if he had any narcotics and/or large sums of money inside his residence,

Seisdedos stated that there was approximately $10,000.00 inside
a shoe in a hallway closet and approximately $100,000.00 inside
a locked safe situated in the detached garage.

22. Seisdedos showed investigators the shoe inside the
hallway closet and opened the locked safe in the garage. Prior
to the search, an officer arranged for a sophisticated trained
drug detecting canine to conduct a narcotic sniff of the
residence. The canine made a positive alert to the exterior of
the safe in the garage and a suitcase that was situated inside
the safe, which therefore indicated that the safe and suitcase's
contents had recently been in the presence of a controlled
substance. When investigators looked inside the safe, they
found a brown leather satchel containing a large amount of
rubber-banded, bundled and sealed in plastic U.S. currency.

23. Officers found a total of $133,060.00 (i.e., the
defendant currency), consisting of $123,460.00 found in the
suitcase and $9,600.00 found in a shoe that was situated in the
master bedroom closet. A sophisticated trained narcotics
detecting canine alerted to the scent of narcotics on the
defendant currency, which therefore indicated that the funds had
been in recent close proximity to narcotics. Investigators also
found two large digital scales, as well as similar plastic
packaging on both the funds found in the safe and the suitcase.

24. Seisdedos told investigators that the seized funds
belonged to him, and asserted that he had derived the funds from
his exotic dancing and a home loan. Nevertheless, Seisdedos
signed a Disclaimer of Ownership of Currency form which provided
that the money did not belong to him.

25.  Herrera told investigators that she was an unemployed teacher who lived with her boyfriend of 2 years, Seisdedos. Herrera stated that she had no knowledge of any involvement of Seisdedos in narcotics trafficking or whether Seisdedos owned the seized funds.  Herrera signed a Disclaimer of Ownership of Currency form which provided that the money did not belong to her.

Criminal History of Seisdedos

26.  A criminal history check of Seisdedos revealed the following: a September 1998 arrest for assault with a firearm; an April 2001 conviction for battery; an April/May 2011 arrest for selling/furnishing marijuana/hash; a June 2011 arrest for providing false data to register a firearm; and, in connection with this investigation in October 2011, Seisdedos was arrested for possession of money in excess of $100,000.00 and sale of a controlled substance.

27.  Based on the above, plaintiff alleges that the defendant currency represents or is traceable to proceeds of illegal narcotics trafficking, or was intended to be used in one or more exchanges for a controlled substance or listed chemical, in violation of 21 U.S.C. § 841 et seq.  The defendant currency is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, plaintiff United States of America prays that:

(a)  due process issue to enforce the forfeiture of the defendant currency;

(b)  due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

1     (c)   that this Court decree forfeiture of the defendant

2  currency to the United States of America for disposition

3  according to law; and

4     (d) for such other and further relief as this Court may

5  deem just and proper, together with the costs and disbursements

6  of this action.

7

8  DATED: August 24, 2012   ANDRÉ BIROTTE JR.
                           United States Attorney

9                           ROBERT E. DUGDALE
                           Assistant United States Attorney

10                        Chief, Criminal Division
                        STEVEN R. WELK

11                        Assistant United States Attorney
                        Chief, Asset Forfeiture Section

12

13

14                      KATHARINE SCHONBACHLER
                        Assistant United States Attorney

15

16                      Attorneys for Plaintiff
                      United States of America

17

18

19

20

21

22

23

24

25

26

27

28

VERIFICATION

I, John Bur, hereby declare that:

1.    I am a Task Force Officer with the Drug Enforcement Administration and am the case agent for the forfeiture matter entitled, <u>United States of America v. $133,060.00 in U.S. Currency</u>.

2.    I have read the above Verified Complaint for Forfeiture and know its contents.  It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3.    Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 22, 2012 in Los Angeles, California.

_____
JOHN BUR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV12- 7302 JFW (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[✓] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>United States of America | DEFENDANTS<br>$133,060.00 in U.S. Currency |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Katharine Schonbachler, Assistant United States Attorney<br>Federal Courthouse, 14th Floor, 312 North Spring Street<br>Los Angeles, California 90012; Telephone: (213) 894-3172 Fax: (213) 894-7177 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes  ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
21 U.S.C. § 881(a)(6)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty<br>☐ 540 Mandamus/ Other | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs<br>☐ 660 Occupational Safety /Health | ☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV12-07302

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☑  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER):  *Kathryn Schonbrun*      Date August 24, 2012

   **Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |