ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring StreetJS-
   Los Angeles, California 90012
   Telephone: (213) 894-3172
   Facsimile: (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 12-7302 JFW (Ex) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **CONSENT JUDGMENT OF FORFEITURE** |
| $133,060.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |
| SEBASTIAN PABLO SEISDEDOS, | ) |
| Claimant. | ) |

This action was filed on August 24, 2012 against the defendant $133,060.00 in U.S. Currency.  Sebastian Pablo

1

Seisdedos ("Seisdedos") claims an interest in the defendant $133,060.00 in U.S. Currency. No other parties have appeared in this case and the time for filing such statements of interest and answers has expired. Plaintiff United States of America and Seisdedos have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $133,060.00 in U.S. Currency other than Seisdedos are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $100,060.00 of the defendant currency and all interest earned of the entirety of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said funds in accordance with law.

4. $33,000.00 of the defendant currency, without interest, shall be returned to Seisdedos by either check or wire transfer. If the United States elects to make the payment by check, the check will be payable to "Sebastian Pablo Seisdedos and Law Offices of Jon Hugh Freis Client Trust Account," and mailed to attorney Jon Hugh Freis, Esq. at the Law Offices of

Jon Hugh Freis, 120 El Camino Drive, #204, Beverly Hills, California 90212.  If the United States elects to make the payment by wire transfer, the funds will be wire transferred to the Law Offices of Jon Hugh Freis Client Trust Account. Seisdedos and his attorney shall provide any and all information needed to process the return of these funds according to federal law.

5. Seisdedos has agreed to release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Seisdedos, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The court finds that there was reasonable cause for the seizure of the defendant $133,060.00 in U.S. Currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: March 12, 2014        _____
                              THE HONORABLE JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

3

**Approved as to form and content:**

DATED: March ___, 2014        ANDRÉ BIROTTE JR.
                              United States Attorney
                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section


                                    /s/
                              _____
                              KATHARINE SCHONBACHLER
                              Assistant United States Attorney
                              Attorneys for Plaintiff
                              United States of America


DATED: March ___, 2014        LAW OFFICES OF JON HUGH FREIS


                                    /s/
                              _____
                              JON HUGH FREIS, ESQ.
                              Attorney for Claimant
                              SEBASTIAN PABLO SEISDEDOS


DATED: March ___, 2014              /s/
                              _____
                              SEBASTIAN PABLO SEISDEDOS
                              Claimant